LANDEKER v. PROPERTY SECURITY CO. et al. (Supreme Court, Appellate Divi-

sion, First Department. June 22, 1912.) Action by Adolf H. Landeker against the Property Security Company and others. No opinion. Motion to dismiss appeal granted, without costs. Order filed.